UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALISHER SABITOV,

                Petitioner,                Case No. 1:26-cv-337

v.                                   Honorable Paul L. Maloney

UNKNOWN PARTY et al.,

                Respondents.
_____/

## **ORDER**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan. In an Opinion and Judgment entered on February 20, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of the Court's Opinion and Judgment or, in the alternative, immediately release Petitioner from custody. (Op. & J., ECF Nos. 10, 11.)

On February 23, 2026, in this closed case, the Court received a motion to stay transfer pending resolution of habeas petition (ECF No. 14) and a motion to expedite consideration of the petition (ECF No. 15) from Petitioner. As set forth above, the Court entered an Opinion and Judgment resolving this action on February 20, 2026, before these two motions were received. In light of this, Petitioner's February 23, 2026, motions, which ask the Court to take certain actions during the pendency of the action, are moot.

Accordingly,

**IT IS ORDERED** that Petitioner's motion to stay transfer pending resolution of habeas petition (ECF No. 14) and motion to expedite consideration of the petition (ECF No. 15) are **DISMISSED as moot**.

Dated:  March 5, 2026           /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge

2